**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **GLENN SUMMERS,** | |
| **Plaintiff,** | **Case No.** |
| **v.** | |
| **NORTHROP GRUMMAN CORPORATION,** | |
| **Defendant.** | |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Northrop Grumman Corporation (which should be Northrop Grumman Systems Corporation as the former employer of Plaintiff)[1] ("Defendant"), by its undersigned counsel, files this Notice of Removal of the above-captioned matter from the Circuit Court for Howard County, Maryland to the United States District Court for the District of Maryland – Northern Division. In support of its Notice of Removal, Defendant states as follows:

1. On February 10, 2017, Plaintiff Glenn Summers ("Plaintiff") filed a lawsuit against Defendant in the Circuit Court for Howard County, Maryland, captioned as above and assigned Case No. 13C17110493OC.

2. On March 9, 2017, Defendant was served with a copy of Plaintiff's Summons, Complaint, and a Scheduling Order issued by Administrative Judge Lenore R. Gelfman of the Circuit Court for Howard County. A true and correct copy of the aforementioned documents is

---

[1] Defendant's counsel will confer with Plaintiff's counsel with respect to substituting the correct employer entity or filing an Amended Complaint identifying the correct employer entity, Northrop Grumman Systems Corporation, as the proper defendant in this matter going forward.

attached hereto as **Exhibit A**.  These documents constitute all process, pleadings, and orders served in this case to date.

3. To Defendant's knowledge, no further proceedings in this case have been held in the Circuit Court for Howard County.

4. Venue is proper, because this Court is the District Court of the United States for the district and division embracing the place where this action is currently pending, as required by 28 U.S.C. § 1441(a) and 28 U.S.C. § 100(1).

5. Pursuant to 28 U.S.C. § 1331, federal district courts have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

6. Plaintiff's Complaint alleges that he was subjected to discrimination and that his employment was wrongfully terminated based on his race in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*., and his age in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621 *et seq*.  *See* Compl. ¶¶ 1-2, 21-28, 30-37.  Because Plaintiff's Complaint raises federal questions, this Court has original jurisdiction over this action under 28 U.S.C. § 1331, and Defendant is entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441(a).

7. Plaintiff also asserts state law claims pursuant to Md. Code Ann. State Government Article § 20-606.  This Court has supplemental jurisdiction over Plaintiff's state law causes of action because they form part of the same case or controversy as Plaintiff's claims of race and age discrimination under federal law.  *See* 28 U.S.C. § 1367(a)

8. As set forth in 28 U.S.C. § 1446(b)(1), this Notice of Removal is filed with this Court within thirty (30) days after Plaintiff filed and properly served his Complaint.

9.     Attached as **Exhibit B** is a true and correct copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the Clerk of the Circuit Court for Howard County, as required by 28 U.S.C. § 1446(d).

10.     Attached as **Exhibit C** is a true and correct copy of the Notice to Plaintiff of Filing of Notice of Removal, the original of which is being served on Plaintiff Glenn Summers, as required by 28 U.S.C. § 1446(d), through his attorneys, Paul V. Bennett and Jeffrey J. Sadri, Bennett & Ellison, P.C., 133 Defense Highway, Suite 209, Annapolis, Maryland 21401.

11.     Defendant files this Notice of Removal solely for the purpose of removing the instant action and does not waive, and specifically reserves, any and all defenses to Plaintiff's Complaint.

WHEREFORE, Defendant Northrop Grumman Corporation respectfully requests that the Clerk note that this action has been removed from the Circuit Court of Howard County, Maryland to the United States District Court for the District of Maryland – Northern Division, and that all proceedings hereafter shall take place in the United States District Court for the District of Maryland – Northern Division.

Dated: April 7, 2017                              Respectfully submitted,


                                                  */s/ Brandon R. Mita*
                                                  Joseph P. Harkins (Fed. Bar No. 14007)
                                                  Brandon R. Mita (Fed. Bar No. 19782)
                                                  LITTLER MENDELSON, P.C.
                                                  815 Connecticut Avenue, NW
                                                  Suite 400
                                                  Washington, DC  20006-4046
                                                  Tel: 202.842.3400
                                                  Fax: 202.842.0011
                                                  jharkins@littler.com
                                                  bmita@littler.com

                                                  *Counsel for Defendant Northrop Grumman
                                                  Corporation*

4.

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on April 7, 2017, I caused a copy of the foregoing **Notice of Removal** to be served by U.S. Mail, first-class, postage prepaid upon the following:

Paul V. Bennett, Esq.
Jeffrey J. Sadri, Esq.
BENNETT & ELLISON, P.C.
133 Defense Highway, Suite 209
Annapolis, Maryland 21401

I further certify that, pursuant to 28 U.S.C. § 1446(d), on April 7, 2017, a copy of the foregoing **Notice of Removal** was served by hand delivery upon the following:

Wayne A. Robey, Clerk of Court
Circuit Court for Howard County
8360 Court Avenue
Ellicott City, Maryland 21043

  */s/ Brandon R. Mita*
Brandon R. Mita