```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND

GLENN SUMMERS                      *

            Plaintiff              *

       vs.                         *   CIVIL ACTION NO. MJG-17-866

NORTHROP GRUMMAN CORPORATION       *

            Defendant              *

*      *      *      *      *      *      *      *      *
```

## MEMORANDUM AND ORDER

The Court has before it The Motion of Plaintiff to Proceed Without Counsel and Request for Court Appointed Attorney [ECF No. 16].[1]

In this case, Plaintiff's counsel of record stipulated on behalf of Plaintiff to proceed with arbitration and to have the case stayed pending the results of the arbitration [ECF No. 14]. Plaintiff indicates that he does not wish to proceed in accordance with the stipulation, has terminated the relationship with his counsel of record who will be filing a motion to withdraw, and that he will be proceeding in the case without counsel. He seeks appointment of counsel to represent him in the instant case.

The instant motion presents issues as to whether Plaintiff

---

[1] Filed under seal, but unsealed by this Order.

has the legal ability to withdraw from the stipulation. Also, it presents issues as to whether the Court can, and if it can, whether it should, appoint counsel to represent Plaintiff suing Defendant, a nongovernmental adversary in the instant case.

In light of the circumstances here presented:

1. The Clerk shall unseal The Motion of Plaintiff to Proceed Without Counsel and Request for Court Appointed Attorney [ECF No. 16].

2. By July 13,[2] Paul V. Bennett and Jeffrey J. Sadri shall:

    a. File any motion seeking to withdraw as counsel for Plaintiff, and, if seeking to withdraw as counsel for Plaintiff,

    b. File a statement regarding the authority upon which they agreed to the Stipulation to Stay Action Pending Arbitration [ECF No. 14].

3. By July 20, Defendant shall file its response to the instant motion and to any filings made by counsel for Plaintiff pursuant to this Order.

4. By August 4, Plaintiff shall file any reply and shall file a statement of the basis upon which he contends that the Court may and should appoint counsel to represent him in this case.

SO ORDERED, this <u>Tuesday, June 20, 2017</u>.

/s/<br>
Marvin J. Garbis<br>
United States District Judge

---

2   All date references herein are to the year 2017 unless otherwise indicated.